M. P. No. 75-190. EAST GREENWICH YACHT CLUB *et al. v.* COASTAL RESOURCES MANAGEMENT COUNCIL *et al.* Petition for writ of certiorari denied without prejudice. *Higgins, Cavanagh & Cooney, Harold E. Adams, Jr.,* for plaintiffs-respondents. *Joseph G. McGair,* Asst. City Solicitor, for City of Warwick. *Julius C. Michaelson,* Attorney General, *J. Peter Doherty,* Special Asst. Attorney General, *Shayle Robinson,* for Bayside Development Corp., defendant-petitioner.

M. P. No. 75-216. STATE *v.* NEW ENGLAND ROOFING AND GUTTER Co., INC. *et al.* Petition for writ of certiorari granted. *Julius C. Michaelson,* Attorney General, *Gregory Benik,* Special Asst. Attorney General, for petitioner.

M. P. No. 75-258. STATE *v.* NORMAN BOISVERT. Petition for writ of habeas corpus for the purpose of bail is denied. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-respondent. *Anthony J. Bucci, Raymond A. Tomasso,* for defendant-petitioner.

C. A. No. 1964. STATE *v.* VITO N. RUSSO. Motion of State to dismiss appeal of defendant is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Vito N. Russo,* pro se.

C. A. No. 75-166. STATE *v.* KEVIN JAMES PAUL. Motion of State to dismiss the appeal for failure to comply with Rule 16(a) is denied without prejudice. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

C. A. No. 75-214. STATE *v.* JOHN J. WELCH. Motion of State to dismiss appeal for failure to comply with Rule 16(a) is denied without prejudice. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.